7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Russell DeWayne Noel and Michelle Ann Noel
*Debtor*

*Bankruptcy Case No.*
14−61033−abf7

**Community First Banking Co., f/k/a Community First National Bank**
    Plaintiff(s)

*Adversary Case No.*
14−06028−abf

v.

**Russell D. Noel**
**Michelle Ann Noel**
**Connxtion Entertainment, LLC**
**Ozark Regional Community Development Corporation**
**Fred C. Moon**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that judgment is entered in favor of Plaintiff, Community First Banking Company, on it's complaint to determine priority and extent of security interest in insurance claim, and the court adjudges that Community First Banking Company has a valid, first priorty security interest in the proceeds of the Auot−Owners Insurance Claim, including the proceeds of the check tendered by Auto−Owners Insurance Co., Dated September 3, 2014 in the amount of $88,751.44 payable to "Connxtion Entertainment LLC and Bowler's Connxtion LLC and Community First Banking Co. and Ozarks Regional Community Development Corp.," and also to the proceeds of the check issued by Auto−Owners Insurance Co. under date of September 9, 2014 for $21,096.00 payable to "Connixtion Entertainment LLC & Bowler's Connixtion LLC & Community First Banking Company. IT IS FURTHER ORDERED AND ADJUDGED That Plaintiff, Community First Banking Company shall pay from the proceeds of said insurance claim the sum of $5,000.00 to the Chapter 7 Trustee, Fred C. Moon, upon negotiation and payment honoring said insurance proceeds tendered by Auto−Owners Insurance Co. IT IS FURTHER ORDERED AND ADJUDGED That all affirmative relief, if any, requested by Defendants, except as specifically provided in the Stipulations filed herein, be and is hereby denied. IT IS FURTHER ORDERED AND ADJUDGED That the costs of this action, including the filing fee, be and are hereby taxed against Plaintiff.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 12/12/14

Court to serve